# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **NASHVILLE PHARMACY SERVICES, LLC**, individually and on behalf of all others similarly situated, | |
| **Plaintiff,** | Case No. 3:18-cv-00671 |
| v. | Judge Richardson |
| **MAMMOTH MEDS.COM, INC., MAMMOTH GLOBAL, INC.,** and **JOHN DOES 1-10,** | Magistrate Judge Brown |
| **Defendants.** | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, Nashville Pharmacy Services, LLC, hereby dismisses this action without prejudice.

Dated: December 17, 2018.

                                                  Respectfully submitted,

                                                  /s/ Charles Barrett
                                                  Charles Barrett (#20627)
                                                  Benjamin C. Aaron (#34118)
                                                  Neal & Harwell, PLC
                                                  1201 Demonbreun Street, Suite 1000
                                                  Nashville, TN 37203
                                                  Phone: (615) 244-1713
                                                  Fax: (615) 726-0573
                                                  cbarrett@nealharwell.com
                                                  baaron@nealharwell.com
                                                  *Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a true and correct copy of the foregoing was served via U.S. Mail upon the following:

Mammoth Meds.com, Inc.
c/o David A. Hoines, Registered Agent
3081 East Commercial Blvd., Ste. 200
Ft. Lauderdale, FL 33308
david@hoineslaw.com
dahfl@aol.com

Mammoth Global, Inc
c/o Andrea Sotomayor, Registered Agent
6010 Celedon Creek, Unit 8
Playa Vista, California 90094

                                                  /s/ Charles Barrett
                                                  Charles Barrett