IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE PHARMACY SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MAMMOTH MEDS.COM, INC. and MAMMOTH GLOBAL INC.<br><br>    Defendants. | NO. 3:18-cv-00671<br><br>JUDGE RICHARDSON |

## ORDER

Plaintiff has filed a Notice of Voluntary Dismissal (Doc. No. 23). The Notice was filed prior to Defendant filing anything in this action. Under Fed. R. Civ. P. 41(a)(1)(A)(i), therefore, the Notice sufficed to dismiss this action without any action on the part of the Court. The Notice states that dismissal is without prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is without prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** without prejudice, and the Clerk is directed to close the file.

IT IS SO ORDERED.

                                        *Eli Richardson*
                                      ELI RICHARDSON
                                      UNITED STATES DISTRICT JUDGE